UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3DT HOLDINGS LLC,

Plaintiff,

v.

BARD ACCESS SYSTEMS, INC.,

Defendant.

Civil Action No. 1-17-CV-5463-LJL-GWG

**DECLARATION OF NATALIE H. MANTELL, ESQ. IN SUPPORT OF DEFENDANT BARD ACCESS SYSTEMS INC.'S MOTION FOR SUMMARY JUDGMENT**

**NATALIE H. MANTELL** declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm McCarter & English, LLP, attorneys for Defendant Bard Access Systems, Inc. ("Bard") in this matter. I submit this Declaration to put before the Court certain materials cited in Bard's Motion for Summary Judgment.

2. Attached hereto as **Exhibit A** are true and correct copies of excerpts from the deposition transcript of Dr. Ghassan Kassab, Ph.D. taken on January 31, 2020, before a Registered Professional Reporter.

3. Attached hereto as **Exhibit B** are true and correct copies of excerpts from the deposition transcript of Chris Phillips taken on July 23, 2020, via videoconference before a Registered Professional Reporter.

4. Attached hereto as **Exhibit C** are true and correct copies of excerpts from the deposition transcript of Anthony Misener taken on January 15, 2020, before a Registered Professional Reporter.

5. Attached hereto as **Exhibit D** are true and correct copies of excerpts from the deposition transcript of Anthony Decheek taken on July 24, 2020, via videoconference before a Registered Professional Reporter.

6. Attached hereto as **Exhibit E** are true and correct copies of excerpts from the deposition transcript of Zach Davis taken on February 13, 2020, before a Registered Professional Reporter.

7. Attached hereto as **Exhibit F** are true and correct copies of email communications of Bard, produced by Bard to 3DT Holdings LLC through discovery in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Natalie H. Mantell*
NATALIE H. MANTELL
MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
973-622-4444
nmantell@mccarter.com
*Attorneys for Defendant*
*Bard Access Systems, Inc.*

Dated: March 26, 2021