UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3DT HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>BARD ACCESS SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 1-17-CV-5463-LJL-GWG<br><br>**DECLARATION OF NATALIE H. MANTELL, ESQ. IN SUPPORT OF DEFENDANT BARD ACCESS SYSTEMS INC.'S OPPOSITION TO PLAINTIFF 3DT HOLDINGS LLC'S MOTION FOR SUMMARY JUDGMENT** |

**NATALIE H. MANTELL** declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm McCarter & English, LLP, attorneys for Defendant Bard Access Systems, Inc. ("Bard") in this matter. I submit this Declaration to put before the Court certain materials cited in Bard's Opposition to Plaintiff 3DT Holdings LLC's ("3DT") Motion for Summary Judgment.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Anthony Misener taken on January 15, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Zach Davis taken on February 13, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Anthony Decheek taken on July 24, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt from the deposition transcript of Bradley Zentgraf taken on February 13, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of a Jan. 12, 2016 email from Anthony Misener to team, "Penske Animal Study," BAS-3DT 0043940.

7. Attached hereto as **Exhibit F** is a true and correct copy of March 3, 2016 Penske Integration Meeting Minutes, BAS-3DT 0021206.

8. Attached hereto as **Exhibit G** is a true and correct copy of Exhibit 1 to the deposition of Anthony Misener.

9. Attached hereto as **Exhibit H** is a true and correct copy of a PDF print out of the "Priority List_Updated 7-13-2016.xlsx," BAS-3DT 0050193.

10. Attached hereto as **Exhibit I** is a true and correct copy of Exhibit 3 to the Deposition of Bradley Zentgraf.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the deposition transcript of Wiley Thomas Waddell taken on December 17, 2020.

12. Attached hereto as **Exhibit K** is a true and correct copy of the report of Gregory S. Haas, Bard's expert in this litigation, dated October 30, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Natalie H. Mantell*
NATALIE H. MANTELL
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
973-622-4444
nmantell@mccarter.com
*Attorneys for Defendant*
*Bard Access Systems, Inc.*

Dated: April 16, 2021