...

...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
3DT HOLDINGS, LLC,                                           :
:
                Plaintiff,                              :
:   17-cv-5463 (LJL)
    -v-                                                      :
:   ORDER
:
BARD ACCESS SYSTEMS,                                         :
:
                Defendant.                              :
:
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has before it pending motions for summary judgment. The parties are directed to appear for oral argument on the pending motions on January 21, 2022 at 2 p.m. Oral argument will take place in Courtroom 15C of the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: December 27, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge