UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

3DT HOLDINGS LLC,                     :

               Plaintiff,       :

                                :                17-cv-5463 (LJL)

     -v-                      :

                                :                   ORDER

BARD ACCESS SYSTEMS INC.,     :

               Defendant.    :

                                :
------------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__1/28/2022__

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated in the Opinion and Order filed by the Court today, Plaintiff's
motion for summary judgment is DENIED, and Defendant's motion for summary judgment is
GRANTED in part and DENIED in part.  In order the preserve the ability of the parties to move
the Court for redactions to the Opinion and Order, the Opinion and Order is temporarily filed
under seal.  The parties shall meet and confer with respect to potential redactions and, within one
week of the date of this Order—i.e., by February 4, 2022—they shall file jointly a document with
their proposed redactions.  The Court will rule on any outstanding motions to seal at the same
time that it rules on any proposed redactions to the Opinion and Order.

      In light of the Court's determination that there are triable issues of fact in this case, a Jury
Trial is scheduled for May 9, 2022 at 9:30 a.m.  A Final Pretrial Conference is scheduled for
May 4, 2022 at 2 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse.  The joint pretrial
order shall be filed on April 22, 2022.


      SO ORDERED.


Dated: January 28, 2022
     New York, New York                  _____
                                    LEWIS J. LIMAN
                          United States District Judge