UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/4/2022
```

---------------------------------------------------------------------X
                                 :

3DT HOLDINGS LLC,                  :

                    Plaintiff,     :

                                 :               17-cv-5463 (LJL)

        -v-                  :

                                 :                __ORDER__

BARD ACCESS SYSTEMS INC.,    :

                                 :

                    Defendant.   :

                                 :

---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of the parties' proposed redactions to the Order and Opinion of January 28, 2021.  It is hereby ORDERED that the parties shall appear for a telephonic conference on February 9, 2022, at 2:00 p.m. to discuss the proposed redactions.  At that conference, the parties should be prepared to refer to the document with proposed redactions filed today at Dkt. No. 104.  The parties are directed to dial in to the Court's teleconference line at 888-251-2909, use access code 2123101, and follow the necessary prompts.


       SO ORDERED.


Dated: February 4, 2022
       New York, New York                                       _____
                                                 LEWIS J. LIMAN
                                        United States District Judge