UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
3DT HOLDINGS LLC, :
:
:
Plaintiff, :
: 17-cv-5463 (LJL)
-v- :
: ORDER
:
BARD ACCESS SYSTEMS INC., :
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties have filed various motions for certain documents associated with their summary judgment motions to be filed under seal, at Dkt. Nos.71, 74, 81, 85, 91, 93, 97. The Court has now had a hearing on the summary judgment motions and has published an opinion with limited redactions on the same. The parties are directed to review the proposed redactions in their prior submissions against the redactions permitted in the Court's Order and Opinion at Dkt. No. 109 and the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny. By February 17, 2022, the parties shall submit a joint letter listing the redactions that should remain with no more than one sentence for each document for which confidentiality is sought explaining the basis for the request, addressing whether the information has been publicly disclosed, and addressing whether disclosure at the present time would cause competitive or other serious harm.

      SO ORDERED.

Dated: February 10, 2022  
      New York, New York

                                                LEWIS J. LIMAN  
                                          United States District Judge