```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
3DT HOLDINGS LLC,                                                :
                                                                 :
                         Plaintiff,                              :
                                                                 :         17-cv-5463 (LJL)
         -v-                                                     :
                                                                 :         ORDER
BARD ACCESS SYSTEMS INC.,                                        :
                                                                 :
                         Defendant.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from Defendant withdrawing its jury demand and requesting that the Court enter an order scheduling a bench trial to begin on May 9, 2022. Dkt. No. 115.  The letter states that Plaintiff consents to the request.

      It is HEREBY ORDERED that the trial currently scheduled in this case for May 9, 2022 shall proceed as a bench trial in Courtroom 15C of the 500 Pearl Street Courthouse.  In addition to the previously scheduled conference and deadline contained in the Order at Dkt. No. 103, the Court will hold a telephonic conference on March 25, 2022 at 4:00 p.m. to discuss the process for the bench trial, including the submission of direct testimony by declaration.

      SO ORDERED.

Dated: February 24, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2022