```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
3DT HOLDINGS LLC,                                                :
                                                                 :
                              Plaintiff,                         :
                                                                 :         17-cv-5463 (LJL)
               -v-                                               :
                                                                 :           ORDER
BARD ACCESS SYSTEMS INC.,                                        :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      It is HEREBY ORDERED that the bench trial currently scheduled in this case for May 9, 2022 is rescheduled to May 23, 2022.  The Final Pretrial Conference currently scheduled for May 5, 2022 is rescheduled to May 20, 2022 at 12:00 p.m.  The Final Pretrial Conference will proceed by telephone; parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101#.

      It is further ORDERED that the Joint Pretrial Order and any declarations shall be submitted by May 13, 2022.  Any replies shall be submitted by May 18, 2022.

      SO ORDERED.

Dated: April 28, 2022
      New York, New York
                                                              LEWIS J. LIMAN
                                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/28/2022