UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                  :

3DT HOLDINGS LLC,                  :
                  :

          Plaintiff,        :
                  :            17-cv-5463 (LJL)

    -v-                :
                  :            ORDER

BARD ACCESS SYSTEMS INC.,     :
                  :

          Defendant.    :
                  :
----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/16/2022__

LEWIS J. LIMAN, United States District Judge:

      It is HEREBY ORDERED that any reply in further support of Plaintiff's motion to exclude witness Ed Burnside must be filed by 5:00 p.m. on May 17, 2022.  Any objections to the admission of direct testimony must be filed by 5:00 p.m. on May 20, 2022, identifying the paragraph to which there is an objection and the basis for the objection.


      SO ORDERED.


Dated: May 16, 2022
      New York, New York                _____
                                  LEWIS J. LIMAN
                           United States District Judge