```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
3DT HOLDINGS LLC,                                                  :
:
                Plaintiff,                           :
:    17-cv-5463 (LJL)
      -v-                                                        :
:    ORDER
BARD ACCESS SYSTEMS INC.,                                          :
:
                Defendant.                           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      There are pending motions to seal in this case. Trial was held in open court, and the parties represented that the trial transcripts did not need to be filed under seal. Thus, much of the information that has been previously requested to be filed under seal is now in the public domain. The parties are hereby ORDERED to meet and confer and to, no later than July 8, 2022, submit to the Court a joint letter explaining what portions, if any, of the documents that are the subject of the pending motions at Dkt. Nos. 123, 130, 136, 158, 168, and 176 should remain redacted or under seal. The parties should be as specific as possible, identifying by page and line number the content (word, sentence, page, or document) that should remain under seal and providing a brief explanation for why such content should remain under seal.

      SO ORDERED.

Dated: June 24, 2022
       New York, New York                       _____
                                                             LEWIS J. LIMAN
                                                    United States District Judge