UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
3DT HOLDINGS LLC,

                Plaintiff,

     -v-

BARD ACCESS SYSTEMS INC.,

                Defendant.
------------------------------------------------------------------X

17-cv-5463 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022

LEWIS J. LIMAN, United States District Judge:

      By Order dated June 24, 2022, the Court directed the parties to submit to the Court a joint letter explaining what portions, if any, of the documents that are the subject of pending motions to seal at Dkt. Nos. 123, 130, 136, 158, 168, and 176 should remain redacted or under seal. Dkt. No. 213. By letter dated July 8, 2022, the parties—through counsel for Defendant—informed the Court that none of the documents at need to be sealed or redacted. Dkt. No. 214.

      It is hereby ORDERED that the motions to seal at Dkt. Nos. 123, 130, 136, 158, 168, and 176 are DENIED as moot. The parties are directed to file on the docket unredacted versions of the documents that were the subject of these motions by July 18, 2022.

      The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge